738

Nos. 418 and 419.  Berger, Trustee in Bankruptcy, *v.* Kingsport Press, Inc.  November 8, 1937.  Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. Benjamin Spinoza* for petitioner.  *Mr. Robert Burrow* for respondent.

No. 420.  Walker, Trustee, *v.* Florida Fruit Canners, Inc., et al.  November 8, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Charles R. Fenwick* for petitioner. *Mr. O. K. Reaves* for respondents.

No. 421.  Davison Gulfport Fertilizer Co. *v.* Gulf & Ship Island R. Co.  November 8, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. B. E. Eaton* for petitioner. *Messrs. Elmer A. Smith, Clinton H. McKay, E. C. Craig,* and *Charles N. Burch* for respondent.

No. 424.  Atlanta Trust Co. *v.* Federal Reserve Bank for use of American Surety Co. et al.  November 8, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Samuel Nesbitt Evins* for petitioner. *Messrs. Shepard Bryan, B. D. Murphy,* and *Max F. Goldstein* for respondents.

No. 425.  National Labor Relations Board *v.* Delaware-New Jersey Ferry Co.  November 8, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Solicitor General*